| | | |
|---|---|---|
| In re Report of the Commission on Continuing Legal Education. | : | |
| | : | |
| | : | ORDER |
| [Name of Attorney] | : | [Filed January 18, 2002] |
| ( # [Attorney Registration No.] ), | : | |
| Respondent. | : | |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1999–2000 reporting period.

On November 14, 2001, pursuant to Gov.Bar R. X(6)(B)(1), this court issued to the respondent an order to show cause why the commission's recommendation should not be adopted and an order so entered against the respondent. Respondent filed no objections to the commission's recommendation and this cause was considered by the court. Upon consideration thereof,

IT IS ORDERED by the court that the recommendation of the commission is adopted and, within thirty days of the date of this order, respondent shall pay to the Commission on Continuing Legal Education, by certified check, official check, or money order, a sanction fee which is hereby imposed in the total amount of $[    ].

IT IS FURTHER ORDERED that the Clerk of the court shall record the respondent's status on the roll of attorneys as "NOT IN GOOD STANDING" until such time as the respondent has complied with this order but that this order shall not be considered a disciplinary order pursuant to Gov.Bar R. V or Gov.Bar R. X(6)(H).

IT IS FURTHER ORDERED that the commission shall notify the Clerk of the court when payment of the imposed sanction has been made by respondent.

IT IS FURTHER ORDERED by the court that the Clerk shall send this order by certified mail to the respondent at the business address registered with the Clerk under Gov.Bar R. VI; that, if this order is returned as undeliverable or unclaimed, the Clerk shall resend it by regular mail to the respondent at the residence address registered with the Clerk; and that service of this order in accordance with the foregoing shall be deemed effective service.

IT IS FURTHER ORDERED that, payment of the sanction notwithstanding, respondent shall comply with the requirements imposed by Gov.Bar R. X for the 1999–2000 reporting period. See CLE Reg. 503.04.

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| James Patrick Murphy | 0006366 | | PA | | | $720.00 |
| Janet Stakel Wanser | 0020566 | | VT | | | $580.00 |
| Sheryl Ann Shane | 0063689 | | VA | | | $330.00 |
| Eric Dale Wallenbrock | 0065213 | | | | | $100.00 |
| Todd Michael Venie | 0069921 | | IL | | | $320.00 |
| Catherine Marie Henry | 0006088 | Cuyahoga | . OH | | | $700.00 |
| Richard Carlyle Rose Jr. | 0006777 | Cuyahoga | OH | | | $600.00 |
| Aaron Vaughn Wester | 0037832 | Cuyahoga | OH | | | $720.00 |
| Brenda Stoller | 0052050 | Cuyahoga | OH | | | $100.00 |
| Karla Christine Springman | 0061180 | Cuyahoga | OH | | | $80.00 |
| Tiffany Nicole Ricker Wellman | 0070285 | Cuyahoga | OH | | | $100.00 |
| Hyrum John Mackay | 0047084 | Delaware | OH | | | $230.00 |
| Mitchell Eugene Wagner | 0010246 | Franklin | OH | | | $80.00 |
| William Luce Millard | 0022057 | Franklin | OH | | | $150.00 |
| Karen Gray Myers | 0030588 | Greene | OH | | | $150.00 |
| Iduna Depweg Borger | 0030318 | Hamilton | OH | | | $600.00 |
| Alan Joseph Smith | 0053060 | Lorain | OH | | | $430.00 |
| Joseph Norman Williams | 0037392 | Morgan | OH | | | $750.00 |
| Thomas Jeffery Tangi | 0037607 | Stark | OH | | | $150.00 |
| William Randolph Moore Jr. | 0007222 | Summit | OH | | | $490.00 |
| Douglas Michael Mancino | 0005355 | | CA | | CA | $100.00 |
| Joseph Henry Willis | 0022835 | | CA | | CA | $490.00 |
| Martin Laurence Stone | 0034511 | | CA | | CA | $250.00 |
| Karl Otto Neidert | 0061981 | | CA | | CA | $190.00 |
| Lance Todd Platt | 0016095 | | CO | | CO | $750.00 |
| Richard Slavin | 0027903 | | CT | | CT | $100.00 |
| John Arthur Thompson | 0006992 | | DC | | DC | $250.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| William Mack Webner | 0007123 | | DC | | DC | $440.00 |
| David Christopher Penzone | 0008460 | | VA | | DC | $460.00 |
| Paul Laurance Elder | 0030280 | | MD | | DC | $750.00 |
| Matthew Rogers Shay | 0039579 | | DC | | DC | $100.00 |
| Mark Steven Wellman | 0038015 | Van Wert | OH | | DC | $520.00 |
| Peter Jerry Manso | 0002416 | | FL | | FL | $750.00 |
| Scott Kenneth McPeek | 0055245 | | FL | | FL | $250.00 |
| Michael William McArdle | 0058577 | | FL | | FL | $180.00 |
| David Wayne Wood | 0034349 | | GA | | GA | $150.00 |
| Lorene Feuerbach Schaefer | 0047287 | | GA | | GA | $100.00 |
| Trisha Taylor Besselman | 0054088 | | GA | | GA | $100.00 |
| Paul Stephen Turner | 0028531 | | IL | | IL | $610.00 |
| Sheila Raye Woods | 0038025 | | IL | | IL | $250.00 |
| Gary Peter Schmidt | 0052593 | | IL | | IL | $600.00 |
| Tracey Anne Wertman | 0058558 | | IL | | IL | $640.00 |
| Brian Todd Schurter | 0067767 | | IL | | IL | $250.00 |
| Daniel Dominick Scopetti | 0002800 | Franklin | OH | | IL | $150.00 |
| Valerie Vlahos | 0042598 | Lorain | OH | | IL | $750.00 |
| Robert Lee Trierweiler | 0030371 | | IN | | IN | $610.00 |
| Barbara Anne Wyly | 0064210 | | IN | | IN | $500.00 |
| John Lester Spalding | 0014057 | | KY | | KY | $750.00 |
| John McKinley Winans | 0070809 | | KY | | KY | $610.00 |
| Michael Collins Rupe | 0069147 | Hamilton | OH | | KY | $490.00 |
| Margot Ann Tillman-Fleet | 0029560 | | LA | | LA | $250.00 |
| Steven Lewis Schoonover | 0033082 | | LA | | LA | $750.00 |
| Sharon Ingrid Theodore-Lewis | 0020608 | | MD | | MD | $250.00 |
| Terrence Willingham | 0033488 | | VA | | MD | $190.00 |
| David Robert Mietty | 0030840 | | MI | | MI | $150.00 |
| Renee Suzanne Siegan | 0061413 | | MI | | MI | $100.00 |
| Ayman Mounir Nasr | 0062980 | | MI | | MI | $65.00 |
| Sarah Thorpe Chisholm | 0065492 | | MI | | MI | $750.00 |
| John Dudley Stuber | 0059928 | | MS | | MS | $100.00 |
| Gregory James Ross | 0039366 | | NC | | NC | $250.00 |
| Barbara Lorraine Silver-Smith | 0072186 | | NC | | NC | $490.00 |
| David Julius Van Oss | 0010009 | | NJ | | NJ | $540.00 |
| Mark Robert Warfield | 0040052 | | NJ | | NJ | $750.00 |
| Michelle Lynne Moats | 0059387 | | NJ | | NJ | $270.00 |
| Patricia Bik-See Wong | 0067077 | | NY | | NY | $100.00 |
| Jeffrey Alan Pribanic | 0044079 | | PA | | PA | $90.00 |
| Kathleen Ann Scibetta | 0059664 | | PA | | PA | $330.00 |
| Thomas Lawrence Whiteside | 0030900 | | TN | | TN | $750.00 |
| Lamar Odom | 0061088 | | TX | | TX | $490.00 |
| Thomas Nelson Tromey | 0041749 | | VA | | VA | $150.00 |
| Joseph William McFarland, Jr. | 0062072 | | WV | | WV | $280.00 |
| Michael Angelo Mirando | 0032587 | Ashtabula | OH | Ashtabula | OH | $250.00 |
| William Joseph Rapp | 0039414 | Clermont | OH | Clermont | OH | $250.00 |
| Darlene Sue Rea | 0064426 | Columbiana | OH | Columbiana | OH | $150.00 |
| Leo Richard Ward | 0000575 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Gerald Merlin Porter | 0002660 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| William Francis McDonough | 0003915 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Edda Sara Post | 0009652 | Cuyahoga | OH | Cuyahoga | OH | $640.00 |
| Edmund Balfour Round | 0009843 | Cuyahoga | OH | Cuyahoga | OH | $80.00 |
| Joan Kathleen Pellegrin | 0011420 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Mark Anthony McClain | 0013148 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| James Michael Smith | 0014843 | Cuyahoga | OH | Cuyahoga | OH | $520.00 |
| Harold Kenneth Paulett | 0019173 | Cuyahoga | OH | Cuyahoga | OH | $60.00 |
| Jack B. Streepy | 0022105 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Bernard Redfield | 0024600 | Cuyahoga | OH | Cuyahoga | OH | $65.00 |
| Patrick Robert Roche | 0026065 | Cuyahoga | OH | Cuyahoga | OH | $155.00 |
| John Robert Whitmore | 0029894 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| Stanford Stevenson Smith | 0030754 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| Kathryn Frances Shen | 0030810 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Stanley Eugene Tolliver Sr. | 0031969 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Keith Michael Minkin | 0034036 | Cuyahoga | OH | Cuyahoga | OH | $540.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Donald Sylvester Nance | 0034086 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Kathryn Puckett | 0034166 | Cuyahoga | OH | Cuyahoga | OH | $660.00 |
| Louis Vocaire-Tramposch | 0034167 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Christopher William Siemen | 0036977 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Dale Harriet Washington | 0037496 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Michael Joseph O'Shea | 0039330 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Uche Jerry Mgbaraho | 0040274 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Bruce Walter McClain | 0040384 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Michael David Weikle | 0040876 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| William Anthony Sweeney | 0041415 | Cuyahoga | OH | Cuyahoga | OH | $350.00 |
| Jeffrey Alan Perlmuter | 0043115 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| James Thomas Schumacher | 0046650 | Cuyahoga | OH | Cuyahoga | OH | $460.00 |
| Wendy Sue Rosett | 0055870 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Jeffrey Jon Wilcox | 0056288 | Cuyahoga | OH | Cuyahoga | OH | $650.00 |
| Linda Kay Williams-Fleming | 0058532 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Francis Edward Sweeney Jr. | 0058723 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| William Jeffrey Shramek | 0059936 | Cuyahoga | OH | Cuyahoga | OH | $460.00 |
| Gregory Scott Thomas | 0061320 | Cuyahoga | OH | Cuyahoga | OH | $240.00 |
| Craig William Syby | 0061833 | Cuyahoga | OH | Cuyahoga | OH | $540.00 |
| Jeffrey Kenneth Rohrs | 0064059 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Jonathan Lyon Rosenstein | 0065112 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| John Hall Raleigh | 0065411 | Cuyahoga | OH | Cuyahoga | OH | $490.00 |
| Joshua Brett Nathanson | 0066644 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Richard Leo Warren, Jr. | 0067137 | Cuyahoga | OH | Cuyahoga | OH | $500.00 |
| Alison Colwell Snow | 0067325 | Cuyahoga | OH | Cuyahoga | OH | $610.00 |
| Mark Mariotti | 0067608 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| Kevin Wayne Rumes | 0067764 | Cuyahoga | OH | Cuyahoga | OH | $210.00 |
| Christopher John Shellito | 0068328 | Cuyahoga | OH | Cuyahoga | OH | $70.00 |
| Martin Jacek Zurada | 0070167 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Timothy James Taber | 0022624 | Lake | OH | Cuyahoga | OH | $150.00 |
| David Anthony Zele | 0069387 | Lake | OH | Cuyahoga | OH | $400.00 |
| David Allen Zagore | 0040337 | Lorain | OH | Cuyahoga | OH | $150.00 |
| Gregory Hall Melick | 0065694 | Lorain | OH | Cuyahoga | OH | $530.00 |
| Linda Lockler Wilkins | 0017197 | Summit | OH | Cuyahoga | OH | $120.00 |
| Dale Edward Papajcik | 0036939 | Summit | OH | Cuyahoga | OH | $390.00 |
| Paul William Meyer | 0046719 | Summit | OH | Cuyahoga | OH | $150.00 |
| William Woodson Turpin | 0013979 | Fairfield | OH | Fairfield | OH | $150.00 |
| Keith Alan Noethlich | 0038408 | Fairfield | OH | Fairfield | OH | $150.00 |
| Frederick David Resch | 0000706 | Delaware | OH | Franklin | OH | $55.00 |
| Jacqueline Leigh McNamara | 0022162 | Delaware | OH | Franklin | OH | $640.00 |
| Robert Oliver Read | 0001038 | Franklin | OH | Franklin | OH | $680.00 |
| John Michael McGinley | 0001813 | Franklin | OH | Franklin | OH | $150.00 |
| Niles Christopher Overly | 0001924 | Franklin | OH | Franklin | OH | $180.00 |
| William Michael Shay | 0002823 | Franklin | OH | Franklin | OH | $350.00 |
| Paul Lindau Thompson | 0009071 | Franklin | OH | Franklin | OH | $680.00 |
| Richard William Stuhr | 0020232 | Franklin | OH | Franklin | OH | $250.00 |
| Kathy Seward Northern | 0022957 | Franklin | OH | Franklin | OH | $220.00 |
| Charles Eddie Smith | 0023633 | Franklin | OH | Franklin | OH | $150.00 |
| Joseph Dues Reed | 0025938 | Franklin | OH | Franklin | OH | $200.00 |
| Paula Jean Trout | 0037825 | Franklin | OH | Franklin | OH | $490.00 |
| James Randall McClain | 0039213 | Franklin | OH | Franklin | OH | $150.00 |
| Albert Edward Virgil | 0040517 | Franklin | OH | Franklin | OH | $150.00 |
| Mark Joseph Squeo | 0041259 | Franklin | OH | Franklin | OH | $310.00 |
| Randall Charles Treneff | 0042588 | Franklin | OH | Franklin | OH | $750.00 |
| William Jennings Miller | 0050378 | Franklin | OH | Franklin | OH | $750.00 |
| David Richard Rhodehamel | 0051222 | Franklin | OH | Franklin | OH | $270.00 |
| Mark William Sotak | 0055584 | Franklin | OH | Franklin | OH | $430.00 |
| Scott Adam Mittman | 0058641 | Franklin | OH | Franklin | OH | $100.00 |
| John Erik Niermeyer | 0058768 | Franklin | OH | Franklin | OH | $490.00 |
| Michael Douglas McDonald | 0063280 | Franklin | OH | Franklin | OH | $150.00 |
| Robert Peter Orenchuk | 0065931 | Franklin | OH | Franklin | OH | $460.00 |
| Jay Mitchell Moreland | 0066281 | Franklin | OH | Franklin | OH | $700.00 |
| Angela Gugle Parsons | 0068125 | Franklin | OH | Franklin | OH | $150.00 |
| Robert Morris Owens | 0069866 | Franklin | OH | Franklin | OH | $250.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Robert M. Simmons | 0071724 | Franklin | OH | Franklin | OH | $460.00 |
| Edward Donald Stanley | 0040005 | Licking | OH | Franklin | OH | $320.00 |
| Edward Anthony Zumbiel | 0040802 | | KY | Hamilton | OH | $150.00 |
| Shawn Robert Ryan | 0042267 | | KY | Hamilton | OH | $150.00 |
| Michael Chad Surrey | 0070098 | | KY | Hamilton | OH | $100.00 |
| Frank Joseph Veneziano | 0030993 | Clermont | OH | Hamilton | OH | $150.00 |
| Christina Francis Schindler | 0033692 | Clermont | OH | Hamilton | OH | $640.00 |
| Donald Cameron Mitchell II | 0040985 | Clermont | OH | Hamilton | OH | $750.00 |
| Eileen Cooper Reed | 0011175 | Hamilton | OH | Hamilton | OH | $55.00 |
| John Michael Mengelkamp | 0014633 | Hamilton | OH | Hamilton | OH | $600.00 |
| Emil Vale | 0019839 | Hamilton | OH | Hamilton | OH | $240.00 |
| James Bernard McGrath Jr. | 0021092 | Hamilton | OH | Hamilton | OH | $490.00 |
| John Howard Walker | 0029671 | Hamilton | OH | Hamilton | OH | $390.00 |
| James Francis O'Brien | 0030165 | Hamilton | OH | Hamilton | OH | $750.00 |
| Mary Louise Marks | 0030939 | Hamilton | OH | Hamilton | OH | $750.00 |
| Vivian Marie Raby | 0037608 | Hamilton | OH | Hamilton | OH | $150.00 |
| James Edward McLean Jr. | 0046868 | Hamilton | OH | Hamilton | OH | $150.00 |
| Joseph Anthony Stegbauer | 0066845 | Hamilton | OH | Hamilton | OH | $100.00 |
| Paul Marion Weaver, III | 0067277 | Hamilton | OH | Hamilton | OH | $440.00 |
| John E. Polley | 0067434 | Hamilton | OH | Hamilton | OH | $250.00 |
| Jonathan Keith Smith | 0068804 | Hamilton | OH | Hamilton | OH | $610.00 |
| Jeffrey Allan Miller | 0068815 | Hamilton | OH | Hamilton | OH | $250.00 |
| Melinda Ellen Knisley | 0020662 | Warren | OH | Hamilton | OH | $100.00 |
| Michael Keith Whipple | 0015586 | Lake | OH | Lake | OH | $100.00 |
| Steven Mark Nelson | 0064863 | Richland | OH | Licking | OH | $750.00 |
| Michael Anthony Ross | 0061243 | Lorain | OH | Lorain | OH | $150.00 |
| James Joseph Paterson | 0062320 | Lorain | OH | Lorain | OH | $750.00 |
| Philip Charles Scharfy | 0021662 | Lucas | OH | Lucas | OH | $590.00 |
| Vijay Kumar Puligandla | 0041011 | Lucas | OH | Lucas | OH | $150.00 |
| Madonna F. McGrath | 0058704 | Lucas | OH | Lucas | OH | $320.00 |
| Ron Owen Nisch | 0041614 | Ottawa | OH | Lucas | OH | $65.00 |
| Matthew Albert Sapara | 0071242 | Wood | OH | Lucas | OH | $150.00 |
| Joan Louise Pakalnis Turner | 0020432 | Mahoning | OH | Mahoning | OH | $150.00 |
| Michael Andrew Sakmar | 0062443 | Mahoning | OH | Mahoning | OH | $660.00 |
| Robert John Moderalli | 0066755 | Mahoning | OH | Mahoning | OH | $720.00 |
| Randall Matthew Traub | 0070900 | Summit | OH | Mahoning | OH | $150.00 |
| Diane Yvette Politi | 0041059 | Trumbull | OH | Mahoning | OH | $750.00 |
| Kandis Wilde Suhar | 0063930 | Trumbull | OH | Mahoning | OH | $305.00 |
| Kurt Alexander Schaffrath | 0012330 | Medina | OH | Medina | OH | $600.00 |
| Howard Ellsworth Swinehart | 0012160 | Miami | OH | Miami | OH | $750.00 |
| Michael Francis O'Loughlin | 0037382 | Greene | OH | Montgomery | OH | $720.00 |
| Ronald Elsworth Reichard | 0022528 | Miami | OH | Montgomery | OH | $490.00 |
| Robert Eugene Signom II | 0010503 | Montgomery | OH | Montgomery | OH | $150.00 |
| Isabel Suarez | 0015899 | Montgomery | OH | Montgomery | OH | $700.00 |
| Fuad Bahige Nasrallah | 0023893 | Montgomery | OH | Montgomery | OH | $660.00 |
| William David Rohrkaste | 0031529 | Montgomery | OH | Montgomery | OH | $150.00 |
| Kurt Reynolds Portmann | 0032384 | Montgomery | OH | Montgomery | OH | $750.00 |
| Dana Reid Martino | 0032641 | Montgomery | OH | Montgomery | OH | $800.00 |
| Joseph Paul Miller | 0039322 | Montgomery | OH | Montgomery | OH | $530.00 |
| Yashmin Wortham Spells | 0039449 | Montgomery | OH | Montgomery | OH | $100.00 |
| Kathleen Ann Martin | 0056257 | Montgomery | OH | Montgomery | OH | $230.00 |
| Ronald Howard Sebree | 0063210 | Montgomery | OH | Montgomery | OH | $250.00 |
| Patricia Neal Prickett | 0068662 | Montgomery | OH | Montgomery | OH | $100.00 |
| Robert Joseph Meyers | 0009643 | Franklin | OH | Richland | OH | $150.00 |
| William Kerr Shaw Jr. | 0024087 | Scioto | OH | Scioto | OH | $660.00 |
| Richard Evan Wolfson | 0041470 | Scioto | OH | Scioto | OH | $410.00 |
| Timothy William Watkins | 0041271 | Stark | OH | Stark | OH | $270.00 |
| Lawrence Glen Suter | 0051944 | Stark | OH | Stark | OH | $100.00 |
| Mark Lewis Mussig | 0039323 | Cuyahoga | OH | Summit | OH | $250.00 |
| Charles Richard Quinn | 0009417 | Summit | OH | Summit | OH | $150.00 |
| Cemon Donald Morris | 0015564 | Summit | OH | Summit | OH | $750.00 |
| Gary Burt Pearch | 0037475 | Summit | OH | Summit | OH | $750.00 |
| Elisa Patricia Pizzino | 0043723 | Summit | OH | Summit | OH | $60.00 |
| Craig Erwin Miller | 0058315 | Summit | OH | Summit | OH | $150.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Michele Ann Tomer | 0059477 | Summit | OH | Summit | OH | $150.00 |
| Robert Frank Whitmer | 0061517 | Summit | OH | Summit | OH | $750.00 |
| Joseph Robert Morris | 0067061 | Summit | OH | Summit | OH | $100.00 |
| Toni Alice Marcheskie | 0058483 | Trumbull | OH | Trumbull | OH | $240.00 |
| Joseph Andrew Wheeler | 0003511 | Tuscarawas | OH | Tuscarawas | OH | $100.00 |
| John Charles Quinn | 0023636 | Warren | OH | Warren | OH | $100.00 |
| Roger Octavio Reyes | 0065958 | Warren | OH | Warren | OH | $100.00 |
| Christopher Thomas Travis | 0067699 | Warren | OH | Warren | OH | $490.00 |
| Nina May Wonderlich Wright | 0003268 | Wayne | OH | Wayne | OH | $100.00 |